## USDC-EDMO
## CRIMINAL CASE COVER SHEET    INDICTMENT

| Division of Filing: | County of Offense: | Matter to be Sealed: | Type of Charge: |
|---|---|---|---|
| EASTERN | ST. LOUIS COUNTY | NO | FELONY |

**Defendant Information:**

| Defendant's Name | CARTEZ HARVEY | | Agency:  **ATF/Florissant PD** |
|---|---|---|---|
| Alias Name | CORTEZ HARVEY | | Case No.: # 25-8938 |
| Birthdate | 11/28/2004 | Not Available ☐ | |
| Social Security No. | 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 | Not Available ☐ | |

**Related Case Information:**

Superseding Indictment/Information?   ☐ Yes   ☒ No   *If yes, original case no.*

Is this a New Defendant in the Superseding Indictment/Information?   ☐ Yes   ☒ No

Prior Complaint?   ☐ Yes   ☒ No   *If yes, Complaint No:* _____

Complaint:  ☐ Pending   ☐ Dismissed

Deft. has had an appearance before a Magistrate?   ☐ Yes   ☒ No   If yes, Magistrate name: _____

**Victim-Witness Act applies:** ☐ Yes  ☒ No

**CORPORATE**   ☐DEFENDANT   ☐VICTIM

AUSA:   Nichole E. Frankenberg

Agency/Agent:   **ATF - Leppert**

Recommended   ☐ Bond   ☒ Detention   ☐ ROR

**Interpreter Needed:**

☐   Yes   Language and/or dialect _____

☒   No

☐   Not known at this time

**Location Status:**

Arrest Date _____

☐   Currently in Federal Custody

☒   Currently in State Custody   Writ required  ☒ Yes - ATF ☒ NCIC & WRIT ST. LOUIS COUNTY JUSTICE CENTER

☐   Currently on bond set by Court

☐   Defendant not in custody –  ☐ NCIC ENTRY   ☐ APPREHENSION

**FILED**

**JUL 15 2026**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**U.S.C. Citations and Total # of Counts against the Defendant:**      **2**

| Ind Key/Code/Off Level | Description of Offense Charged | Count(s) | Penalty Information |
|---|---|---|---|
| 18 USC § 1951 | Hobbs Act Robbery | I | I nmt 20 yrs<br>F nmt $250,000<br>Sup. Rel. nlt  3 years<br>$100 Special Assessment |
| 18 USC § 924(c)(1)(A) | Discharging a firearm in furtherance of a crime of violance | II | I nlt 10 yrs. (consecutive)<br>F nmt $250,000 or both<br>Sup. Rel. nmt  5 years<br>$100 Special Assessment |

Return Date    July 15, 2026                Signature of AUSA    */s/ Nichole E. Frankenberg*

ase: **4:26‑cr‑00328**
ssigned To : **Bluestone, Zachary M.**
eferral Judge: **Dueker, Joseph S.**
ssign. Date : **7/15/2026**
escription: **CARTEZ HARVEY**

1